UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAURA BRINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-1260 |
| ) | Chief Judge Haynes |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. d/b/a NEW ) | |
| ENGLAND COMPOUNDING CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's notice of the bankruptcy proceeding of New England Compounding Pharmacy d/b/a New England Compounding Center ("NECC") in the United States Bankruptcy Court for the District of Massachusetts, Eastern Division. This action is **ADMINISTRATIVELY CLOSED** and any party may move to reopen upon conclusion of the New England Compounding Pharmacy's bankruptcy proceeding.

It is so **ORDERED**.

ENTERED this the 7th day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court